# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Rafael Velez Cajiga
Plaintiff(s)

vs.

Order of St. Benedict
Defendant(s)

Civil No. 98-1335 (SEC)

RECEIVED & FILED
1999 OCT -6  AM 6: 46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 9/13/99   DOCKET: 23   TITLE: Motion In Furtherance of Discovery Issues Raised in Motion in Request Re: Joint Discovery Plan/Joint Case Management Memorandum of September 1, 1999

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

## ADDITIONAL COMMENTS:

Plaintiff is hereby ordered to appear for a deposition, as scheduled by defendant's counsel, within ten (10) days of this order. In addition, parties are hereby ORDERED to FILE the required Joint Discovery Plan by October 15, 1999 and the Joint Case Management Memorandum by October 22, 1999. Failure to comply will result in the imposition of sanctions.

10/5/99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE