IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafael Velez Cajiga
_____
Plaintiff(s)

v.

Order of St. Benedict
_____
Defendant(s)

Civil No. 98-1335 (SEC)

RECEIVED & FILED
99 OCT 28 AM 7:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 10/22/99   DOCKET #: 27   TITLE: Motion for Extension of Time

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

| COMMENTS |
|---|

Deadline for filing the Joint Case Management Memorandum is extended until October 27, 1999.

October 26, 1999
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge