# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL VÉLEZ-CAJIGAS | * |
| | * |
| Plaintiff | * |
| | * |
| vs. | * Civil No. 98-1335 (SEC) |
| | * |
| ORDER OF ST. BENEDICT | * |
| | * |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

The above-captioned matter is hereby referred to Magistrate Judge Justo Arenas for the holding of a case management and settlement conference, **to be set no later than January 10, 2000**. The meeting should address the following issues, among others: (a) whether there has been compliance with the deadlines imposed in the case management order; (b) whether the case is ripe for settlement; and (c) if settlement is not viable, whether the parties would be willing to revisit the possibility of consenting to proceed before a Magistrate Judge. In the event that settlement negotiations are not successful and the parties are unwilling to consent to trial before the Magistrate Judge, **the case shall be returned to this Court**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of NOV, 1999.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev 8/82)