IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE JUSTO ARENAS            DATE: November 8, 1999
                                  Civil 98-1335 (SEC)
                                            ATTORNEY

RAFAEL VÉLEZ CAJIGAS

v.

ORDER OF ST. BENEDICT

A case management/settlement conference is set for January 3, 2000 at 10:00 a.m. Minutes to be notified.



