**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

# SEALED

**CASE NUMBER:** 98-1335

**PLAINTIFF:** Rafael Velez Cajigas

**DEFENDANT:** Order of St. Benedict

**THE DOCUMENT NUMBER LISTED BELOW IS LOCATED:**

**IN VAULT** 11/19/99

**ANOTHER CASE FILE** _____

**APPEALS SECTION** _____

**OTHER** _____

**DOCUMENT NO.:** #37