UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL VELEZ CAJIGAS
   Plaintiff
       v.            Civil No. 98-1335(SEC)
ORDER OF ST. BENEDICT
   Defendant



**SEALED ORDER**

| MOTION | RULING |
|---|---|
| **Docket # 37**<br>**Motion Requesting Reconsideration** | **Denied.** The Court reaffirms its position that defendants must follow the procedures prescribed by Fed.R.Civ.P. 34 and 37(a)(2), as well as Rule 311(11) of the Local Rules of the Court for the U.S. District Court for the District of Puerto Rico. |

DATE: November 18, 1999

SALVADOR E. CASELLAS
United States District Judge



