IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL VELEZ-CAJIGAS | |
| Plaintiff | |
| v. | Civil No. 98-1335(SEC) |
| ORDER OF ST. BENEDICT | |
| Defendant | |

## ORDER

Pending before the Court is defendant's motion to compel discovery **(Docket #39)**. The Court has examined the same and finds it in accordance with Fed. R. Civ. P. 34(a)(1) and with Local Rule 311.11. In addition, the Court finds that the documents and information requested are discoverable under Fed. R. Civ. P. 26(b)(1).

Therefore, the Court hereby **ORDERS** the plaintiff to disclose to the defendant any and all relevant information regarding his illness, the HIV virus, within the next thirty (30) days. Furthermore, the Plaintiff is hereby forewarned that his alleged illness is part of his claim and it is specifically alleged on the complaint. Therefore, if he continues to refuse to provide the defendant with discovery regarding this issue, the Court will impose sanctions upon him according to Fed. R. Civ. P. 37(b)(2) and Fed. R. Civ. P. 37(c)(1).

**SO ORDERED.**

In San Juan, Puerto Rico, this 27 day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)