IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL VÉLEZ CAJIGAS,

Plaintiff

v.                                                              CIVIL 98-1335 (SEC)

ORDER OF ST. BENEDICT,

Defendant

### CASE MANAGEMENT/SETTLEMENT CONFERENCE

At today's conference, plaintiff was represented by Roberto O. Maldonado Nieves, Esq., defendant by Miriam Ramos Grateroles, Esq.

The parties' joint scheduling memorandum extends the terms of the court's scheduling order and has been submitted to the court. There is no settlement possibility at this time and there is no consent under 28 U.S.C. § 636(c).

In San Juan, Puerto Rico, this 3rd day of January, 2000.

JUSTO ARENAS
United States Magistrate Judge

AO 72
(Rev 8/82)