UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL VELEZ-CAJIGAS
Plaintiff
v.
ORDER OF ST. BENEDICT
Defendant

Civil No. 98-1335(SEC)

**ORDER**

| MOTION | RULING |
|---|---|
| **Docket #42** <br> Motion Requesting Extension of Time | **Granted.** The deadline to file an opposition to defendant's motion for summary judgement is hereby extended **until January 28, 2000**. |
| **Docket #43** <br> Motion Requesting Extenstion of Time in Scheduling Order Submitted by the Parties | **Granted.** The deadlines agreed to by the parties in their Scheduling Memorandum **(Docket #26)** are hereby extended for sixty (60) days. |

DATE: January 19, 2000

SALVADOR E. CASELLAS
United States District Judge

