# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RAFAEL VELEZ-CAJIGA
Plaintiff
v.
ORDER OF ST. BENEDICT
Defendant

Civil No. 98-1335(SEC)

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #46** Motion for Additional Extension of Time | Granted, until February 20, 2000 to file the opposition to Defendant's motion for summary judgement and until February 15, 2000 to produce the evidence requested from Plaintiff. |

DATE: February 4, 2000

SALVADOR E. CASELLAS
United States District Judge

