IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafael Velu-Cajiga
Plaintiff(s)

v.

Order of St. Benedict
Defendant(s)

Civil No. 98-1335 (SEC)

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
MAR -1 AM 7:48

## DESCRIPTION OF MOTION

DATE FILED: 2/24/00  DOCKET #: 53  TITLE: Motion for Extension of Time to Oppose, etc.

[X] Plaintiff(s)   [ ] Third Party Defendant(s)
[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

## COMMENTS

Until March 10, 2000.

29-II-00
DATE

SALVADOR E. CASELLAS
United States District Judge