IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**Rafael Velez-Cajigas**
Plaintiff(s)

v.

**Order of St. Benedict**
Defendant(s)

Civil No. 98-1335 (SEC)

RECEIVED & FILED
00 MAR 15 AM 11:07
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 3/3/00   DOCKET #: 55   TITLE: Motion Requesting Leave to File Reply

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)
[X] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED           [ ] DENIED

[ ] NOTED             [ ] MOOT

## COMMENTS

Until March 15, 2000.

_____
13 III 00
DATE

_____
SALVADOR E. CASELLAS
United States District Judge