IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL VELEZ-CAJIGAS | |
| Plaintiff | |
| v. | Civil No. 98-1335(SEC) |
| ORDER OF ST. BENEDICT | |
| Defendant | |

## ORDER

Upon Plaintiff's motion, **(Docket # 56)**, the Court hereby **ORDERS** the Ryder Memorial Hospital in Humacao, Puerto Rico **to disclose and provide** a copy of the medical records of Rafael Vélez-Cajigas to the plaintiff and defendant in the above-captioned case, or their legal representatives. This order can be served upon the Hospital by a private process server.

**SO ORDERED.**

In San Juan, Puerto Rico, this 20 day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)