IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Rafael Vely Cajigas
_____
Plaintiff(s)

v.

Order of Saint Benedict
_____
Defendant(s)

Civil No. 98-1335 (SEC)

RECEIVED & FILED
00 APR -5 AM 7:21
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

DATE FILED: 3/24/00   DOCKET #: 62   TITLE: Motion Requesting Leave to File Rejoinder

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)   [ ] Joint

DISPOSITION:

[X] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

## COMMENTS

This shall terminate the filing of documents regarding this issue.

3 IV 00
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge