# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL VÉLEZ CAJIGAS, | |
| Plaintiff | |
| v. | Civil No. 98-1335(SEC) |
| ORDER OF ST. BENEDICT, | |
| Defendant | |

## JUDGMENT

Pursuant to this Court's Opinion and Order of even date, the above-captioned case is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 21st day of September, 2000.

SALVADOR E. CASELLAS
United States District Judge