UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RAFAEL VELEZ-CAJIGAS,
    Plaintiff
       v.                  Civil No. 98-1335(SEC)
ORDER OF ST. BENEDICT,
    Defendant

## ORDER

| MOTION | RULING |
|---|---|
| Docket #50<br>Motion in Request of Ruling on Summary Judgment Petition | Moot. |
| Docket #51<br>Motion Requesting Leave to File Some of the Exhibits in Spanish While They Are Translated | Granted. |

DATE: September 21, 2000

                              SALVADOR E. CASELLAS
                              United States District Judge

