IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| RAFAEL VELEZ CAJIGAS | ] | Civil Number: 98-1335 (SEC) |
| Plaintiff | ] | |
| v. | ] | JURY TRIAL DEMANDED |
| ORDER OF ST. BENEDICT | ] | CIVIL ACTION |
| Defendant | ] | |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Comes now, Plaintiff, Rafael Vélez Cajiga, through the undersigned attorney who respectfully states, prays and requests as follows:

Through this motion, Plaintiff, Rafael Vélez Cajigas presents his Notice of Appeal to the First Circuit Court of Appeals of the United States, of the final judgment entered by this District Court in this case on September 29, 2000, dismissing Plaintiff's complaint. The Notice of Appeal is filed and submitted pursuant to Rule 4 of the Rules of Federal Appellate Procedure and without waving the claims and relief requested through the Rule 59(e) of the Federal Rules of Civil Procedure motion filed on October 10, 2000.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 30 day of October, 2000.

I hereby certify that on this same date a true and exact copy of this motion was sent to Atty. Miriam Ramos Grateroles, P. O. Box 2835, Bayamón, Puerto Rico 00960.

ROBERTO O. MALDONADO
USDC Id. No. 202209
C/ N.E. #344, Ofic. 1-A
Esq. Franklin D. Roosevelt
San Juan, Puerto Rico  00920
Tel.: 782-3221/273-7370

C:\My Files\Cajiga\Notice-Appeal.wpd

```
Mon Oct 30 15:13:04 2000

UNITED STATES DISTRICT COURT

HATO REY           , PR

Receipt No.    100 112685
Cashier           anthony

Tender Type  CHECK

Check Number: 03779

Transaction Type   N

DO Code     Div No      Acct
 4669         1        086900

Amount              $    105.00

98-1335(SEC) FOR NOTICE OF APPEAL /
ROBERTO MALDONADO / 202209

      RAFAEL VELEZ CAJIGAS  VS  ORDER OF S
T. BENEDICT
```

cn