IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAFAEL VELEZ CAJIGAS | Civil Number 98-1335 (SEC) |
| Plaintiff | |
| v. | JURY TRIAL DEMANDED |
| ORDER OF ST. BENEDICT | CIVIL ACTION |
| Defendant | |

## SECOND NOTICE OF APPEAL

TO THE HONORABLE COURT:

Comes now, Plaintiff, Rafael Vélez Cajiga, through the undersigned attorney who respectfully states, prays and requests as follows:

Through this motion, Plaintiff, Rafael Vélez Cajigas presents his Second Notice of Appeal to the First Circuit Court of Appeals of the United States, of the final judgment entered by this District Court in this case on September 29, 2000, dismissing Plaintiff's complaint. The Notice of Appeal is filed and submitted pursuant to Rule 4 of the Rules of Federal Appellate Procedure and as a result of the denial by the Court of Plaintiff's Rule 59(e) of the Federal Rules of Civil Procedure Motion filed on October 10, 2000. The denial was notified on November 8, 2000.

WHEREFORE, it is respectfully requested from the Court to take notice of this motion for all pertinent legal purposes.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 5 day of December, 2000.

-2-

I hereby certify that on this same date a true and exact copy of this motion was sent to Atty. Miriam Ramos Grateroles, P. O. Box 2835, Bayamón, Puerto Rico 00960.

*[signature]*

ROBERTO O. MALDONADO
USDC Id. No. 202209
C/7 N.E. #344, Ofic. 1-A
Esq. Franklin D. Roosevelt
San Juan, Puerto Rico 00920
Tel.: 782-3221/273-7370

mpd

C:\My Files\Cajiga\Second-Notice-Appeal.wpd

(2) s/c: CCA 12/6/00